### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00149 |
| | ) | Judge Trauger |
| | ) | |
| TRAVIS LAVENTRIS LINDSEY | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Friday, December 6, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 4th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge