### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00149 |
| ) | Judge Trauger |
| ) | |
| TRAVIS LAVENTRIS LINDSEY ) | |

### **O R D E R**

It is hereby **ORDERED** that the sentencing hearing in this case is reset for Tuesday, March 4, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 3rd day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge